[No. 8835. Department One. — July 30, 1885.]

W. G. SOMERS, APPELLANT, v. C. B. OVERHULSER ET AL., RESPONDENTS.

EQUITY — RESULTING TRUST. — Where in a purchase of land one person pays the consideration and another takes the title, a trust results in favor of the person paying the consideration; and where only a part of the consideration is paid by him a trust arises in his favor *pro tanto*.

APPEAL from a judgment of the Superior Court of the county of Fresno.

The facts sufficiently appear in the opinion of the court.

*E. D. Edwards*, and *H. S. Dixon*, for Appellant, cited Cal. Civ. Code, §§ 853, 2224; *Hidden* v. *Jordan*, 21 Cal. 92; *Case* v. *Codding*, 38 Cal. 191.

*H. C. Tupper*, *Tupper & Terry*, and *E. C. Winchell*, for Respondents, cited *Olcott* v. *Bynum*, 17 Wall. 44.

Ross, J. — It is the settled rule in this State, as elsewhere, that when land is purchased, for which one party pays the consideration and another party takes the title, a resulting trust immediately arises in favor of the party paying the consideration, and the other party becomes his trustee; and, also, that if the one party pays only a part of the consideration, the party taking the title to the whole land becomes a trustee for the other party *pro tanto*. (*Case* v. *Codding*, 38 Cal. 191.) The facts of the present case bring it within this rule. (See also § 2224, Civ. Code.)

Judgment reversed and cause remanded with directions to the

court below to overrule the demurrer to the complaint, with leave to defendants to answer.

McKEE, J., and McKINSTRY, J., concurred.